UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

WAYNE GALE WICKARD, (Bankr. Case No. 07-09010)

        Debtor.
_____/

STEPHEN L. LANGELAND, Chapter 7
Trustee,

        Plaintiff,

v.

WARREN CADWALLADER,
LEE CADWALLADER, GAIL
M. WERNER,

        Defendants.
_____/

Case No. 1:13-CV-383
(Adv. Pro. No. 12-80418-swd)

HON. GORDON J. QUIST

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND ENTERING JUDGMENT IN FAVOR OF PLAINTIFF-TRUSTEE

The Court has reviewed the Report and Recommendation filed by the United States Bankruptcy Judge in this action. The Report and Recommendation was duly served on Defendants on March 21, 2013. No objections have been filed pursuant to Fed. R. Bankr. P. 9033. Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Bankruptcy Judge (docket no. 1-1), filed March 20, 2013, is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Request for Clerk's Entry of Default Judgment against Defendants Warren Cadwallader, Lee Cadwallader, and Gail M. Werner is **GRANTED**, and default judgment is entered in **favor of Plaintiff** and **against Defendants** on Count II in the amount of $184,088.40, together with interest at the statutory rate and costs of $250.00 for the filing fee.

Dated: April 18, 2013                                        /s/ Gordon J. Quist
                                                                          GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE